UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EVAN YOUSIF, | No. 05-70790 |
| Petitioner, | Agency No. A096-227-365 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | ORDER |
| Respondent. | |

Before: PREGERSON, D.W. NELSON and THOMPSON, Circuit Judges.

On December 29, 2006, the Board of Immigration Appeals granted Petitioner's motion to reopen his case and on August 8, 2008, granted him the relief he sought.

This court's jurisdiction over the case terminated once the Board reopened. Therefore, the Memorandum Disposition filed on November 16, 2009, is withdrawn and the petition for review is dismissed. The mandate issued January 8, 2010, is recalled.

So Ordered.